

Entered on Docket
September 14, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
09-71863 / 0158881235

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-13394-mkn |
| Albert L. Thomas and Doreen F. Thomas | MS Motion No.<br>Date: 8/26/09<br>Time: 1:30 P.M. |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-
2   petition arrearages currently due as follows:

3   3 Monthly Payments at $1,192.39                          $3,577.17
    (June 1, 2009 – August 1, 2009)
4   3 Late Charges at $50.75 each                            $  101.50
    Motion Filing Fee                                        $  150.00
5   Attorneys Fees                                           $  750.00
6   Total Arrearages                                         $4,578.67

7   The above arrearage shall be paid in six (6) monthly installments of $763.11. These payments
8   shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month
9   commencing with the September 20, 2009 payment and continuing throughout and concluding on or
10  before February 20, 2010.

11  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
12  Debtors at least five business days' notice of the time, place and date of sale.

13  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and
14  maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning
15  with the September 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject
16  Property, generally described as 6432 Stargazer Drive, Las Vegas, NV 89156, and legally described as
17  follows:

18  Lot Nineteen (19) in Block Six (6) of KINGBRIDGE 7, as shown by Map thereof on file in Book
19  30 of Plats, page 28, in the office of the County Recorder of Clark County, Nevada.

20  IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any
21  payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's
22  Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon
23  Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each
24  such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be
25  paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure
26  the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to
    Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the

1  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
2  possession thereof.

4  Submitted by:

5  WILDE & ASSOCIATES

7  By /s/ R. Salinas #10235
8  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
9  208 South Jones Boulevard
   Las Vegas, Nevada 89107

11 APPROVED AS TO FORM & CONTENT:

12 Kathleen A. Leavitt                                Matthew E. Aaron

13 By /s/                                             By /s/

14 Kathleen A. Leavitt                                Matthew E. Aaron
   Chapter 13 Trustee                                 Attorney for Debtors
15 201 Las Vegas Blvd. So., #200                      2300 W. Sahara, Suite 650
   Las Vegas, NV 89101                                Las Vegas, NV 89102

                                                      Nevada Bar No. 6985